| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Childs, Julianna M. | 2. Court or Organization<br><br>U.S. District Court, SC | 3. Date of Report<br><br>09/26/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>Matthew J. Perry, Jr. U.S. Courthouse<br>901 Richland Street, 3rd Floor<br>Columbia, SC 29201 |
|---|

| *IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   President | ▅ Properties, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 09/26/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | |
| 2. | 2015 | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association Section of Litigation | 1/8/2015 - 1/10/2015 | Laguna Beach, CA | 2015 Winter Leadership Meeting (Division IV Co-Director) | Airfare, Ground Transportation, and Meals |
| 2. | 2016 SC Bar Convention | 1/22/2015 - 1/25/2015 | Charleston, SC | Convention | Mileage and Lodging |
| 3. | ABA GPSolo Division | 2/4/2016 - 2/7/2016 | San Diego, CA | Mid-year Meeting | Airfare, Lodging and Ground Transportation |
| 4. | Federal Trial Judges Association | 4/13/2015 - 4/15/2015 | Washington, DC | Board of Directors Meeting | Airfare, Ground Transportation, and Meals |
| 5. | Duke University School of Law | 5/15/2015 - 6/12/2015 | Durham, NC | Master's of Judicial Studies Program | Mileage |

| Name of Person Reporting | Date of Report |
|---|---|
| **Childs, Julianna M.** | 09/26/2016 |

| # | Organization | Dates | Location | Event | Items Paid or Provided |
|---|---|---|---|---|---|
| 6. | American Bar Association Section of Litigation | 6/4/2015 - 6/6/2015 | Asheville, NC | Spring Leadership Meeting | Mileage and Lodging |
| 7. | The Amiercan Law Institute | 7/22/2015 - 7/24/2015 | Sante Fe, NM | Employment Law Seminar | Airfare, Lodging, Ground Transportation, Meals and Incidentals |
| 8. | American Conference Institute | 7/26/2015 - 7/28/2015 | Chicago, IL | Employment Discrimination Conference | Airfare, Ground Transportation and Meals |
| 9. | ABA/NCFTJ | 7/29/2015 - 8/2/2015 | Chicago, IL | Annual Meeting | Airfare, Lodging, Ground Transportation, Meals and Incidentals |
| 10. | American Bar Association | 9/16/2015 - 9/17/2015 | Chicago, IL | SOC Meeting | Airfare, Lodging, Ground Transportation, Meals and Incidentals |
| 11. | ABA Solo, Small Firm and General Practicer Division | 9/24/2015 - 9/26/2015 | Boston, MA | Fall Meeting | Airfare and Lodging |
| 12. | American Bar Association Section of Litigation | 10/8//2015 - 10/10/2015 | Memphis, TN | 2015 Fall Leadership Meeting | Airfare, Ground Transportation, and Meals |
| 13. | American Bar Association | 10/29/2015 - 10/30/15 | Chicago, IL | Standing Committee on Membership | Airfare, Lodging and Ground Transportation |
| 14. | Georgetown Law | 11/19/2015 - 11/20/2015 | Washington, DC | Advanced eDiscovery Institute | Airfare and Ground Transportation |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 09/26/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US Airways | Credit Card | J |
| 2. | First Palmeto Savings Bank | Mortgage on Rental Property #1 | None |
| 3. | South Crest Bank | Mortgage on Rental Property # 2 | M |
| 4. | First Citizens Bank | Mortgage on Rental Property #3 | L |
| 5. | First Citizens Bank | Mortage | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Columbia, SC (1993, $58,500) | | None | M | W | | | | | |
| 2. Rental Property #2, Fayetteville, GA | E | Rent | M | W | | | | | |
| 3. - (2006, $180,000) | | | | | | | | | |
| 4. Mass Mutual - Whole Life | A | Interest | K | T | | | | | |
| 5. - (Risk -based, No Control) | | | | | | | | | |
| 6. Raintree Vacations Time Share (1995, $9,000) | | None | J | W | | | | | |
| 7. Wells Fargo Bank Accounts - Was Wachovia | | None | | | Closed | 12/14/15 | J | | |
| 8. South Carolina Community Bank | A | Interest | J | T | | | | | |
| 9. Fidelity Cash Reserves Fund (FDRXX) (Y) | | | | | | | | | |
| 10. Carolinas Telco Federal Credit Union Account | A | Int./Div. | J | T | | | | | |
| 11. John Hancock Retiremement (Lifestyle Growth, No Control) | E | Int./Div. | M | T | | | | | |
| 12. -Lifestyle Growth | F | Dividend | M | T | | | | | |
| 13. -Aggressive Growth Mid Cap Stock Fund | C | Dividend | J | T | | | | | |
| 14. -Growth Mid Value Fund | D | Dividend | K | T | | | | | |
| 15. -BlackRock Golbal Allocation | D | Dividend | K | T | | | | | |
| 16. -Mutual Global Discovery | D | Dividend | K | T | | | | | |
| 17. U.S. Savings Bonds | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GA Higher Ed Fut Scholar Aggres 529 College Savings (No Control) | A | Int./Div. | J | T | | | | | |
| 19. SC 401(k) profit sharing plan (risk-based, No Control) (Y) | | | | | | | | | |
| 20. SC 529 Future Scholar Aggres Growth Port A (Line 22 on 2010) | A | Dividend | K | T | | | | | |
| 21. TIAACREF Path2College 529Plan (Risk based, no control Balanced Option | A | Int./Div. | J | T | | | | | |
| 22. - AGGRES MNGD ALLC AGE 12-14 (2) | A | Dividend | J | T | | | | | |
| 23. - MNGD ALLC AGE 12-14(2) | A | Distribution | J | T | | | | | |
| 24. TIAACRE Path2 College 529Plan (Risk based, No control Guarant Option) | A | Int./Div. | J | T | | | | | |
| 25. -AGGRES MNGD ALLC AGE 15-17(2) | A | Distribution | J | T | | | | | |
| 26. -MNGD ALLC AGE 15-17 (1) | A | Dividend | J | T | | | | | |
| 27. -100% Equity Option | A | Dividend | J | T | | | | | |
| 28. -Balanced Option | A | Dividend | J | T | | | | | |
| 29. -Guaranteed Option | A | Dividend | J | T | | | | | |
| 30. B - IRA | B | Dividend | L | T | | | | | |
| 31. -Thornburg Int Value A | | | | | | | | | |
| 32. ▓▓▓▓▓▓ Pro Services Common Stock (Y) | | | | | | | | | |
| 33. Morgan Stanley 529 College Savings Plan - AGGRES GROWTH A SHARE (X) | B | Dividend | L | T | | | | | |
| 34. -TCW Value Oppty N - PLA listed TCW Dividend Focus | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Virtus Insight Emerg Mkts I (HIEMX) | D | Dividend | J | T | Buy (add'l) | 08/14/15 | J | | |
| 36. - Virtus Insight Emerg Mkts I (HIEMX) | B | Dividend | J | T | Buy (add'l) | 12/29/15 | J | | |
| 37. Virtus Multi Sect Sht Trm BDI (PIMSX) | E | Dividend | K | T | Buy | 12/29/15 | K | | |
| 38. -American Europacific GRWF | | | | | | | | | |
| 39. - JP Morgan Mid Cap Value A | | | | | | | | | |
| 40. -Delaware TX - FR USA Intermed A | | | | | | | | | |
| 41. -DWS Dreman Small Cap Value A | | | | | | | | | |
| 42. -DWS RREEF Real SEC A | | | | | | | | | |
| 43. -Cambiar Small Cap Inv | | | | | | | | | |
| 44. -E V Income Fund of Boston A | | | | | | | | | |
| 45. -Eaton Vance Commoodity Strat I (EICSX) | | | | | | | | | |
| 46. Blackstone ALT Multi-Strat IOnst (BXMIX) | D | Dividend | J | T | Buy | 04/17/15 | J | | |
| 47. Blackstone ALT Multi-Strat IOnst (BXMIX) | C | Dividend | J | T | Buy | 08/14/15 | J | | |
| 48. Causeway Intl Value Instl (CIVIX) | B | Int./Div. | J | T | Buy | 08/14/15 | J | | |
| 49. Causeway Intl Value Instl (CIVIX) (Y) | | | | | | | | | |
| 50. Causeway Intl Value Instl (CIVIX) (Y) | | | | | | | | | |
| 51. Causeway Intl Value Instl (CIVIX) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -E V Large Cap Value A | | | | | | | | | |
| 53. -Goldmand Sachs Abslte Ret Trk A | | | | | | | | | |
| 54. Franklin Convertible SEC ADV (FCSZX) | D | Dividend | J | T | Buy | 12/29/15 | J | | |
| 55. Investco Diversified Dividend Y (LCEYX) | E | Dividend | K | T | Buy | 12/29/15 | J | | |
| 56. Metropolitan West Tot Bd 1 (MWTIX) | E | Dividend | K | T | Buy | 12/29/15 | K | | |
| 57. -Goldman Sachs Grw Opport A | | | | | | | | | |
| 58. -Ing Global Real Estate A | | | | | | | | | |
| 59. - Ivy Mid Cap Growth I | | | | | | | | | |
| 60. -Legg Mason Wa Intrm Trm Muni | | | | | | | | | |
| 61. -Mainstay LRG Cap Grwl (Prv rprd as "Mainstay LRG CapGrw A" | | | | | | | | | |
| 62. MSIF Global Franchise Inst (MSFAX) | F | Dividend | L | T | Buy | 12/29/15 | L | | |
| 63. -Pimco Emerging Local Bd A | | | | | | | | | |
| 64. -Pimco Foreign Bd Us $ Hedged P | | | | | | | | | |
| 65. Invesco Premier Inst (IPPXX) | E | Dividend | K | T | Buy | 12/29/15 | K | | |
| 66. -Pimco Short Term P | | | | | | | | | |
| 67. -Pimco EQS Long/Short P (PMHBX) | D | Dividend | J | T | Buy | 12/29/15 | J | | |
| 68. -Pimco ncome P (PONPX) | E | Dividend | K | T | Buy | 12/29/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Rydex/Sgi Mamaged Fut Str A | | | | | | | | | |
| 70. -Templeton Global | | | | | | | | | |
| 71. -Guggenheim Mngd Futrs Strat H | | | | | | | | | |
| 72. T Rowe Price Growth Stock ADV (TRSAX) | E | Dividend | K | T | Buy | 12/29/15 | J | | |
| 73. -Legg Mason Wa Emerg Mkt Debt I | | | | | | | | | |
| 74. Principal Midcap P (PMCPX) | E | Dividend | K | T | Buy | 12/29/15 | K | | |
| 75. Prudential Jennison SM Comp Z (PSCZX) | D | Dividend | J | T | Buy | 12/29/15 | J | | |
| 76. -Nuveen Nwq Large Cap Value I | | | | | | | | | |
| 77. - *Blackrock Inflat Prot Bond A | | | | | | | | | |
| 78. -AQR Managed Futures Strategy I | D | Dividend | J | | Buy | 08/14/15 | J | | |
| 79. -Wstern Ast Int Term Muni C | | | | | | | | | |
| 80. -*Western Ast Int Term Muni I | | | | | | | | | |
| 81. JP Morgan Dynamite SMCP SEL (JDSCX) (Y) | | | | | | | | | |
| 82. Wells Fargo ADVSTMUNIBD ADM (WSTMX) (Y) | | | | | | | | | |
| 83. -*Managers Systematic Md Cp Value I (Y) | | | | | | | | | |
| 84. ▓▓▓▓▓▓▓▓ Building | | None | P1 | W | | | | | |
| 85. - (2004, $3,016,000) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 09/26/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TIAACREF Path2College 529 Plan (no contol Managed Alloc Opt 16) (Y) | | | | | | | | | |
| 87. TIAACRE Path2 College 529Plan (No control 100% Equity Option) (Y) | | | | | | | | | |
| 88. TIAACRE Path2College 529 Plan (No ctrl Aggres Manag ASlloca Pot 16 (Y) | | | | | | | | | |
| 89. Mainstay Large Cap GRW 1 (MLAIX)(Y) | | | | | | | | | |
| 90. Mainstay Lasrge Cap GRW 1 (MLAIX)(Y) | | | | | | | | | |
| 91. Center Coast MLP Focus I (CCCNX)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 09/26/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 09/26/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Julianna M. Childs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544